No. 94–1627. SOCIETY OF FINANCIAL EXAMINERS v. NATIONAL ASSOCIATION OF CERTIFIED FRAUD EXAMINERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1630. NATIONAL AMUSEMENTS, INC. v. TOWN OF DEDHAM. C. A. 1st Cir. Certiorari denied.

No. 94–1632. CADES v. H & R BLOCK, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1636. BOYAJIAN ET AL. v. OLFACTO-LABS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1638. HO v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–1640. SHERWIN-WILLIAMS CO. v. EASTERN MOUNTAIN PLATFORM TENNIS, INC. C. A. 1st Cir. Certiorari denied.

No. 94–1655. MILLER v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–1656. FARMERS INSURANCE CO., INC. v. JABBOUR. Sup. Ct. Okla. Certiorari denied.

No. 94–1657. HOGUE ET AL. v. UNITED OLYMPIC LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1658. AMCAST INDUSTRIAL CORP. ET AL. v. DETREX CORP. C. A. 7th Cir. Certiorari denied.

No. 94–1661. ASHLAND INC. v. KENTUCKY REVENUE CABINET. Ct. App. Ky. Certiorari denied.

No. 94–1662. MUSSLEWHITE v. STATE BAR OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 94–1663. BERRYMAN ET UX. v. CREDIT ADJUSTERS. Ct. App. Minn. Certiorari denied.

No. 94–1670. HENDRY CORP. ET AL. v. NATIONAL COUNCIL ON COMPENSATION INSURANCE. C. A. 11th Cir. Certiorari denied.